51-09/PJG/EJC
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski
Edward J. Carlson



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAS BULK TRANSPORT LIMITED,

    Plaintiff,

-against -

C TRANSPORT PANAMAX LIMITED,

    Defendant.

09 CV 4128 (RWS)

**NOTICE AND ORDER
DISMISSING ACTION AND
VACATING ATTACHMENT**

On application of the Plaintiff, the Defendant not having filed an answer or a motion for summary judgment, the above-entitled action is hereby discontinued pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) without prejudice and without costs, and the attachment issued in this action pursuant to Supplemental Rule B is vacated and withdrawn. Any garnishee holding any funds pursuant to the attachment issued in this action is hereby directed to release the funds from attachment.

Dated: New York, NY
       May 13, 2009

So Ordered:

_____
U.S.D.J.    5-18-09

NYDOCS1/330180.1

Plaintiff hereby consents to entry of this Notice and Order.

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff

By: _____
Peter J. Gutowski
80 Pine Street
New York, New York 10005
(212) 425-1900
gutowski@freehill.com

NYDOCS1/330180.1